UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST INSURANCE FUNDING, a Division of Lake Forest Bank & Trust Company, N.A.,

                      Plaintiff,

-against-

HIGHBURY CONCRETE, INC.,

                      Defendant.

25-CV-3505 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On July 9, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(c).[1] *See* ECF No. 27.

On August 4, 2025, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than August 18, 2025, as to why an order should not be issued granting a default judgment against Defendant. ECF No. 34. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendant. Further, it is hereby ORDERED that all parties appear for a conference with the Court on December 17, 2025, at 12:00 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 935938792#. The parties should be prepared to discuss the judgment to be entered

---

[1] In its memorandum of law, Plaintiff cites to Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule 55.2(b). ECF No. 30 at 2. In its motion for default judgment, by contrast, Plaintiff cites to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(c). ECF No. 27 at 1. Because the Court is entering the default judgment, it proceeds under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(c).

following the default judgment.

    The Clerk of Court is directed to terminate ECF No. 27.

    SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                                            JESSICA G. L. CLARKE
                                                            United States District Judge