UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FIRST INSURANCE FUNDING, a Division      :
of Lake Forest Bank &Trust Company, N.A.,      :      Civil Action No.:
                                                     :      7:25-cv-03505-JGLC
                                        Plaintiff,      :
                                                     :
    - against -                                    :
                                                     :
HIGHBURY CONCRETE, INC.,                  :
                                                     :
                                        Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFAULT JUDGMENT

This action having been commenced on April 28, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Highbury Concrete, Inc., on (i) May 17, 2025 by in hand personal service on Thomas Gorman and (ii) May 23, 2025 by in hand personal service on Thomas Fogerty, and a proof of service having been filed on June 3, 2025 and June 4, 2025, respectively (Doc. Nos. 16 & 17) and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: that the plaintiff have judgment against defendant in the liquidated amount of $3,330,867.50 with interest

- 2 -

at the per diem rate of $843.60 from April 21, 2025 until the judgment is paid in full,

plus costs and disbursements of this action.

For the reasons stated on the record during the conference held before the Court on December 17, 2025, Plaintiff's motion for default judgment at ECF No. 27 is GRANTED. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 17, 2025
        New York, New York

- 2 -